LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, CA 95482
Telephone: 707-462-6846
Facsimile:  707-462-4235
e-mail: marston1@pacbell.net

Attorneys for Plaintiff
Robinson Rancheria of Pomo Indians of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBINSON RANCHERIA OF POMO INDIANS OF CALIFORNIA,<br><br>   Plaintiff,<br><br>   v.<br><br>LUWANA QUITIQUIT, ROBERT QUITIQUIT, KAREN RAMOS, INEZ SANDS, and REUBEN WANT,<br><br>   Defendants. | Case No. 11-cv-04348 YGR<br><br>STIPULATION OF THE PARTIES DISMISSING ACTION ; ORDER |

   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their respective undersigned legal counsel, hereby stipulate that the above-entitled action may be dismissed without prejudice.

DATE:  March 5, 2012                                      RAPPORT AND MARSTON

                                                          By:   /s/ Lester J. Marston
                                                                Lester J. Marston
                                                                Attorney for Plaintiff


DATE:  March 7, 2012                                      LAW OFFICES OF JEFFREY DALY

                                                          By:   /s/ Jeffrey Daly
                                                                Jeffrey Daly
                                                                Attorney for Defendants

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
3/15/2012

STIPULATION OF THE PARTIES DISMISSING ACTION - Case No. 11-cv-04348-YGR

1