1  LESTER J. MARSTON
   California State Bar No. 081030
2  RAPPORT AND MARSTON
   405 West Perkins Street
3  Ukiah, CA 95482
   Telephone: 707-462-6846
4  Facsimile:  707-462-4235
   e-mail: marston1@pacbell.net
5
   Attorneys for Plaintiff
6  Robinson Rancheria of Pomo Indians of California

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBINSON RANCHERIA OF POMO      )   Case No. 11-cv-04348 YGR
   INDIANS OF CALIFORNIA,          )
12                                 )
              Plaintiff,           )   STIPULATION OF THE PARTIES
13                                 )   DISMISSING ACTION ; ORDER
        v.                         )
14                                 )
   LUWANA QUITIQUIT, ROBERT        )
15 QUITIQUIT, KAREN RAMOS, INEZ    )
   SANDS, and REUBEN WANT,         )
16                                 )
              Defendants.          )
17 _____)

18      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties,

19 through their respective undersigned legal counsel, hereby stipulate that the above-entitled

20 action may be dismissed without prejudice.

21 DATE:  March 5, 2012                         RAPPORT AND MARSTON

22
                                           By:  /s/ Lester J. Marston
23                                              Lester J. Marston
                                                Attorney for Plaintiff
24

25
26 DATE: March 7, 2012                          LAW OFFICES OF JEFFREY DALY

27
                                           By:  /s/ Jeffrey Daly
28                                              Jeffrey Daly
                                                Attorney for Defendants

                                                STIPULATION OF THE PARTIES DISMISSING
                                             1  ACTION - Case No. 11-cv-04348-YGR

IT IS SO ORDERED

*Yvonne Gonzalez Rogers*
Judge Yvonne Gonzalez Rogers
3/15/2012